NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TECSEC, INC.,**
*Plaintiff-Appellant,*

v.

**INTERNATIONAL BUSINESS MACHINES CORPORATION,**
*Defendant-Appellee,*

AND

**CISCO SYSTEMS, INC., SAS INSTITUTE, INC., SAP AMERICA, INC., SAP, AG, SUN MICROSYSTEMS, INC., ORACLE CORPORATION, SYBASE, INC., SOFTWARE AG, SOFTWARE AG, INC., ADOBE SYSTEMS, INC., EBAY INC., AND PAYPAL, INC.,**
*Defendants.*

---

2011-1303

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 10-CV-0115, Judge Leonie M. Brinkema.

------------------------------------------------

---

**TECSEC, INC.,**

*Plaintiff-Appellee,*

v.

## INTERNATIONAL BUSINESS MACHINES CORPORATION,
*Defendant-Appellant,*

AND

## CISCO SYSTEMS, INC., SAS INSTITUTE, INC., SAP AMERICA, INC., SAP, AG, SUN MICROSYSTEMS, INC., ORACLE CORPORATION, SYBASE, INC., SOFTWARE AG, SOFTWARE AG, INC., ADOBE SYSTEMS, INC., EBAY INC., AND PAYPAL, INC.,
*Defendants.*

---

2011-1345

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 10-CV-0115, Judge Leonie M. Brinkema.

---

## ON MOTION

---

## ORDER

International Business Machines Corporation moves to dismiss its cross-appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss 2011-1345 is granted. Each side shall bear its own costs in 2011-1345.

(2) The revised official caption for 2011-1303 is reflected above.

FOR THE COURT

__JUL 2 5 2011__                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc:  Brian M. Buroker, Esq.
     John M. Desmarais, Esq.

s21

Issued As A Mandate (As To 2011-1345 Only): __JUL 2 5 2011__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 25 2011

JAN HORBALY
CLERK